UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRAVIS IRISH,<br>Plaintiff,<br>v.<br>ACTION COLLECTION AGENCIES, INC.,<br>Defendant. | CIVIL ACTION NO. 4:14-CV-40028-TSH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to the dismissal of all claims with prejudice, without costs, and with all rights of appeal waived.

TRAVIS IRISH

By his attorneys,

/s/ Sergei Lemberg
Sergei Lemberg
BBO #650671
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Dated: January 7, 2016

ACTION COLLECTION AGENCIES, INC.

By its attorneys,

/s/ John J. O'Connor
John J. O'Connor
BBO #555251
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Tel. (617) 951-2100
Fax. (617) 951-2125
joconnor@peabodyarnold.com

## **CERTIFICATE OF SERVICE**

      I, John J. O'Connor, do hereby certify that I have, this 7th day of January, 2016, served the foregoing document on all counsel of record, by causing a copy thereof, to be sent electronically to the registered participants in this case as identified on the Notice of Electronic Filing (NEF).

                                                 /s/John J. O'Connor
                                                 John J. O'Connor